This case on the document 2-16-0256 In re Estate of Sergeant A. Parmar In re Estate of Parmar, Petitioner Appellant D. Lisa Madigan As Attorney General of the State of Illinois, at all respondents have leaves Arguing on behalf of the Appellant, Mr. Nicholas P. Pate Arguing on behalf of the Appellant, Mr. Carl J. Kiewitz Thank you. Good morning, Counsel. Mr. Hefft Before you begin, Counsel, I'd like to mention that There may be some questions today regarding the Officer Suit Exception And I don't know if Counsel would be ready to answer questions Or familiar with the Officer Suit Exception, Justice Burkett We, if not, we can arrange if you want to submit something further in writing I am familiar but not enough where I would feel comfortable answering questions from Your Honor So, to that extent, I would like the opportunity to submit something in writing Well, certainly in your pleading, you named the State Officers You did not name the State per se, correct? Correct So, on the face of your complaint, the Officer Suit Exception appears to be raised All right. Thank you, Your Honor Okay. Thank you. Go ahead If it pleases the Court, my name is Nicholas Hefft I am here on behalf of the Appellant and Plaintiff in the underlying action Mildred Parmar, as Executive of the Estate of Mildred Parmar We are here today asking relief of this Court With respect to the Circuit Court of DuPage County's ruling Dismissing the Plaintiff's complaint Challenging the Constitutional Application of the Illinois Estate And generating and skipping transfer tax as it relates to the decedent For lack of subject matter jurisdiction The Circuit Court, in their ruling Determined that the Circuit Court did not have subject matter jurisdiction To hear the Plaintiff's constitutional challenge On the basis of sovereign immunity And the fact that it would be a claim against the State of Illinois And that only the Court of Claims would have jurisdiction to hear the claim As you are well aware, this matter is before the Court on a de novo review Which means that the Appellate Court can look at this matter with fresh eyes And does not need to rely on the reasoning or ruling of the Circuit Court Which we believe is a good thing In the sense that we believe the Trial Court erroneously ignored a specific grant of jurisdiction In the Illinois Estate Generation Skipping Transfer Tax Act Which I'll just refer to as the Act going forward You filed a declaratory judgment action in this case, right? Correct And then we also believe that the Circuit Court misapplied the State's sovereign immunity As it relates to the declaratory judgment action Which would be in violation of the separation of powers and due process clauses of the Illinois Constitution Why isn't the voluntary payment doctrine applicable here? Because we believe that there was no voluntary payment On the basis of the personal liability that is set forth in the Act Under Section 405-10 Which puts specific personal liability on the executor If they do not file the federal tax return and pay the tax within the time allotted under the statute So you think that's sufficient compulsion or duress? I believe that is sufficient compulsion or duress And moreover, that exception to the doctrine The voluntary payment doctrine Also says where the taxpayer lacks facts and knowledge upon which to frame a protest And we believe due to the nature of this constitutional challenge That it isn't something where you can look at the Act on its face And understand that you shouldn't have to pay Or that, you know, in the sense of there's a deduction available to you or a credit This is something that goes well beyond that In the sense of whether or not this was constitutional Is retroactively applied to 12 days' worth of decedent Well, wouldn't he have known to file under the Protest Monies Act? I mean, he didn't, whether it was under that Or he didn't even indicate that this was paid under protest He just went ahead and paid it Well, to that extent, Your Honor, we believe if we were able to go forward with trial We would have put the executor out in standing He would have given testimony as to his understanding of the law As to the efforts he took or did not take to move forward And because this was dismissed on summary judgment I mean, on a motion to dismiss We weren't able to put that in the record You weren't able to articulate the exceptions to the Voluntary Payment Doctrine Correct, and we believe that under the standard of taking what's pled in the complaint is true And in the favor of most likely an unmoving party That we would survive that at that junction And would have been able to put forward a trial I think ultimately this case should be remanded for two reasons And the circuit court has jurisdiction for two primary reasons First and foremost, there's a specific range of jurisdiction in the act In section 405-15 that says And I believe this clearly indicates the legislature's intent Jurisdiction here and determine all disputes in relation to attacks arising under this act Shall be in the circuit court for the county having venue As it's determined under the subsection B And I don't think there's any quarrel as to the proper venue being in DuPage County Due to that's where the decedent resided at the time of her death So we believe that that directive clearly outlined in the circuit court Provides the circuit court with jurisdiction When a statute is clear and unambiguous on its face The fundamental role is that we don't have to go into statutory construction to ascertain what it means And in here, the legislature clearly put the jurisdiction here And determine all matters and disputes arising in tax are within the circuit court And so we believe that very basically That the statute itself outlines exactly where jurisdiction lies I believe that it was the circuit court's determination That this did not apply because of state sovereign immunity And what the circuit court said that in order to waive sovereign immunity And maybe characterizing a little bit That a magical phrase of waiver needs to be used in the act To actually waive that sovereign immunity We would argue that the actual laws That the legislature's intent must be clear And the plain language of the act here Specifically defines who has jurisdiction here and disputes So whether the use of the word waiver to waive sovereign immunity Or in the alternative, affirmatively putting where jurisdiction lies It shows that the legislature gave thought to the issue of jurisdiction And specifically defined what they wanted To the extent that the buzzword waiver needs to be there We would then argue that the jurisdictional grant is unclear And that event should be taken in light most favorable of the taxpayer If statute says the circuit court has jurisdiction We believe that's clear But if it's not and there needs to be a magic word waiver Put in the act to waive sovereign immunity That would create an ambiguity And I believe that that ambiguity needs to be construed in favor of the taxpayer Which would allow us to have jurisdiction in the circuit court To the extent that the specific jurisdiction granted under the act is not enough We further believe that saying the court of claims has jurisdiction Violates the separation of powers under the Illinois Constitution As you're hopefully well aware The court of claims is a body that was created in the court of claims act through the legislature It is not part of the judicial branch of government And so right now, as we've been told We don't, under the trial court They don't have jurisdiction here Do they handle matters that relate to the constitutionality of a statute? I do not believe so, your honor Typically the court of claims is when you're seeking financial recourse against the state Not only do we believe that that would violate the separation of powers Because the legislative branch would be determining whether its own legislature is constitutional We also don't believe it would be a claim against the state of Illinois We're not asking for damages We're asking for money we pay back So we're just saying give us back what's ours You should have never taken it in the first place So in one sense it's not a claim But more importantly, there's no checks and balances if we're forced to go to the court of claims It's the judiciary's job to review the law And to see whether it's accurate It's the legislature's job to make the law And if we are forced out of the court system And forced into the court of claims Then the legislature's policing itself And we don't feel that that would be constitutional In both the separation of powers and due process Because if we're not before the circuit court We can't come before the appellate court if we don't get And we subsequently can't go to the supreme court If we don't believe the constitutional question is being answered properly So by saying that the circuit court doesn't have jurisdiction They rob the plaintiff of the ability to work in the judicial branch On a question of the constitutional application of a state statute And so not only do we have a statutory agreement in the act itself But the nature in which we're being told we don't have jurisdiction Or the circuit court doesn't have jurisdiction We're being forced into the legislative branch So that they can do checks and balances on themselves Which we believe is of utmost importance Particularly when it relates to the property of the plaintiff The state is taking the property of the plaintiff We're saying that it's based on an unconstitutional application of the statute And now we're being told by the trial court That you have to go back to the state and let them decide And it is of my opinion that if we go in the court of claims We know how that's going to end And if it doesn't end in our favor We don't have the right to appeal to your honors We don't have the right to go to the Illinois supreme court We are dead in the water And so on the basis of the due process clause This is a taking of property If it is an unconstitutional application of law We're not awarded the opportunity to be in the judicial branch of government To put the checks and balances on the legislative body So... In your issue with respect to the constitution One of the issues with respect to constitutionality is the retroactivity Correct The underlying argument we're making is that A retroactive application of a text might be constitutional But this would constitute a retroactive application of a new text So we're saying that the statute itself is unconstitutional So even if the act didn't grant specific statutory authority to the circuit court Which we again believe it does through its plain language The fundamental nature of our government would be That you're making a claim of an unconstitutional statute The judiciary is the proper body to determine that It wouldn't be going back to the legislative body Through the court of claims for them to make a constitutional ruling They don't possess that authority Is there any language in the court of claims act that would give them that authority? Not upon my review that I saw any language that would give them authority To answer a constitutional question Their basis is to hear claims Settle disputes against the state of Illinois for monetary damages Even if that was what we were seeking I think they're putting the cart before the horse The question of constitutionality could be decided by the judiciary And if we were successful Maybe then we'd have to go to the court of claims to collect I still don't think that would be the case But I think that was where they were coming in the sense of If you got a judgment and couldn't collect You don't go back to the judge to collect You file a new lawsuit And so to the extent the court of claims would be involved I think that's the most it could be involved Although again I don't believe they have any place in this matter Because it's a constitutional issue And it's not a claim against the state of Illinois We're asking for our own money back We're not asking for the state to pay anything to us out of their own funds So to summarize We believe that the circuit court is absolutely the court with proper jurisdiction To hear our constitutional challenge of the act On the basis of first the plain language of the statute We don't need to go any further beyond interpreting it Because it's absolutely clear It says all disputes arising out of the text And if your honors aren't inclined to hear that I think the Illinois constitution on both the due process clause And the separation of power clause would say This is still our right at the apple We're the judiciary We are the proper body to determine Whether a state statute is constitutional or not So for those reasons we believe that it is proper for this court To follow the law in the sense of the statute That was set out by the legislature The plain language And to remand this case back to the trial court Which has jurisdiction to hear our claims Thank you Any further questions? Thank you Mr. Ilitz Good morning your honors Illinois assistant attorney general Carl Ilitz Representing the attorney general's office That assesses tax And the treasurer's office that collects the tax Your honors Briefly as I can be As far as what I believe this case is about Is that the plaintiff has forfeited his constitutional claim He's done that in many ways First he didn't bring a complaint That sought to invoke section 15 of the act That he's now suggesting gives him authority to bring a claim He invoked the declaratory judgment act And the code of civil procedure This is not federal court This is state court He has to allege facts And he has to allege his cause of action in his complaint The cause of action he's trying to allege Doesn't exist anyway in section 15 The general assembly has been clear That if you want to argue that a tax does not apply to you The way you establish standing is You self-assess and pay it And then promptly file a claim in the circuit court Asking for the court to stay the money being spent So and that's what was done At least in two cases As I said in my brief McGinley and broker So that's how they should have brought this claim If they wanted to argue As they were trying to argue that no taxes do Again section 15 says Is that the only way you can do it Yes your honor That's the way that's the way Sovereign immunity is waived under our statutes So the court mentions the officer's suit exception And I'm not a hundred percent sure I can speak with any confidence in that Well just on that point Would you like an opportunity for additional briefing Certainly if my opponent is going to argue That the officer's suit exception changes the outcome of the case You agree that we have an independent obligation To look at our own jurisdiction And if the officer's suit exception did apply It would confer jurisdiction And I'm saying this If it did apply it would confer jurisdiction On the circuit court to rule on it But I would argue that you have to raise it And you have to raise it timely And you have to raise it in the circuit court Well the question of jurisdiction We can reach on our own But if the circuit court doesn't have jurisdiction This court is only looking at the case As to whether the circuit court has jurisdiction It hasn't been invoked in the circuit court The court can remand it And we still have the complaint at issue here Which doesn't raise that argument And doesn't even raise section 15 Well in the face of the complaint The defendants are named Who are officers State officers would you agree? Certainly But again They're not named in a way that I think Escapes the voluntary payment doctrine Which I'm not certain But I suspect that the voluntary payment doctrine would apply Regardless of how these defendants were named And under that doctrine The fact that they've tendered payment To the attorney general's office and treasurer Means that they have waived their arguments About the unconstitutionality of the statute With regard to duress And whether they were compelled to do this Their argument is essentially They didn't understand the law Which is not really duress It's also Can't we look at duress somewhat in the penalties? I mean The penalties that would occur As a result of a failure to pay? No your honor Because they always had the opportunity To file a tax protest And they wouldn't have incurred any penalties But wouldn't the penalties be building? No they would have won their tax protest And they would have no tax due Their argument is And they could have paid the penalties And then sat back And collected them back And I believe I'm not certain But I believe with interest Under the tax protest act So this idea that they were concerned about this It doesn't even make sense Because although Mr. Parmar argues That he just didn't understand this I think he even acknowledges this in his brief That he didn't recognize he had his cause of action But look at his Look at the tax return they filed Which is on page 104 of the record It's signed by his lawyer So the argument that he didn't know about the law Is perfectly reasonable We don't expect people to know about the law But we expect attorneys to understand what the law is Most of the time The tax protest act isn't a secret And the McGilley case is right there in the first district There's another case called Brooker Which sets out how we do these kind of claims But I think that's all well and good But is the basis for the dismissal by the trial court The right decision? And if you think it's the right decision Why do you think it's the right decision? Should this case have gone to the court of claims? A constitutional challenge? The constitutional challenge To the extent that they wish to make it And I don't think they have a constitutional claim by the way A meritorious one Should have been brought in the circuit court Under the tax protest act That is a 30 day statute of limitations But why did the trial court dismiss this case? The trial court said there was no jurisdiction Is that correct? I think it's correct But I think it's very correct When we take into account the voluntary payment doctrine I think there's an argument to be made That it may have not been the best way of dismissing the case We've brought the voluntary payment doctrine As an affirmative defense And your point is that The voluntary payment doctrine Basically blocks their constitutional claims Yes It's not that I don't recognize They have a reasonable desire to raise a constitutional claim In a statute where Mr. Parmar's mother died At a time when there might be questions About the validity of the tax It's just that when you don't bring the claim During the time the statutes require you to bring them You forfeit them And he can go to the court of claims And maybe the court of claims will overlook that And suggest that he should get paid his claim But I also want to point out I don't know what section 15 does honestly It's confused me But I can say it doesn't apply here It says that taxes arising under this act Can be brought pursuant to section 15 But that's not Mr. Parmar's claim He's saying there are no taxes applied to me That's a different kind of claim If he had a claim saying that we had miscalculated his tax He'd have a different argument And I'd have to explain what section 15 means But I don't think that this really fits Into even the statutory section And he's arguing to your honors It applies to his trial The trial court found that there's no express waiver In that provision, correct? That's correct And we will certainly stand with the trial court's judgment on that It doesn't suggest There's any suggestion here That it's meant to do away with the Protest Monies Act And in fact I've also asked the court To make a careful look at section 16 Which puts the burden on duties Of assessing the tax on the Attorney General's office So if he can come into court under section 15 Without any sort of administrative record I think you'd be creating a cause of action That you really don't want to create Regarding the voluntary payment document In your brief you cite Goldstein Oil versus Cook County But in that case the court noted The appellate court noted that The plaintiffs in that case Were not facing severe monetary penalties For their failure to pay That's not the case here, is it? I don't believe that Mr. Paramar Was facing severe monetary penalties For not paying He was entitled to wait Until the department assessed a tax Maybe we wouldn't have But if we had of He could have raised a defense The tax is in due The Attorney General would have Responded to that And had a record And then we could possibly bring a claim Under either certiorari Which I think I have to concede exists As a way of review Or it's section 15 But the idea that he was facing Severe monetary penalties Doesn't make sense In fact, he was assessed I believe it was interest And asked that we wait it And we just waited it So, you know Did he know that at the time? Should have known it He had counsel And I don't believe There's anything here That suggests the Attorney General's office Is doing anything unusual With regard to him If he had waited for the tax to be assessed The department would have Like the department The Attorney General's office Would have assessed the tax In due course We would have asked him to pay And then we could have talked About penalties and interest I don't think he would have had to pay Penalties and interest If he had promptly responded To all the requests for payment He seemed like he really wanted to make sure He cleaned up his money's estate I don't know Maybe he wanted to discharge the liens That the statute puts on estates That can't be closed And the liens attach Until the estate is closed He wanted to get, I assume That taken care of And so he made this payment And then we issued The certificate of discharge Which is a final action By a state agency Saying we're done And then months later He comes and he sues us So I think that that's not The way the statute is designed to act I think there's no doubt He could bring a constitutional claim If he had a time machine And wanted to do it differently But I think he hasn't brought one Under state law And that the decision to dismiss His claim was proper If the act were found unconstitutional As applied to him Where would the refunds come from? Would it come from the estate tax refund? No, Your Honor I think he would have paid his assessed tax Even if he self-assessed it He would have sought an order From the circuit court Under the Protest Monies Act Asking that that money be Set aside in a special fund It would have been set aside in a special fund I think, I can't I think it would have accrued interest While it sat there in the special fund So it would have not come from this statutory These funds that are there in the act Are, I believe And this is the way it was explained to me This tax is entirely based upon What the federal tax law creates It creates something called State tax credit Which is an unfortunate word choice Because the federal government Is the one creating the state tax credit But in any case There is a number created by the federal law It's the state tax credit We have typically taxed based on that And that's what this statute does If there is a subsequent assessment Of property values That can often happen When the states are being cleared out Then often people say I've paid too much tax And we say yes, you have But in the end The farm wasn't worth What we thought it was worth Or I've paid not enough tax And we say yes, you were short Nothing was done wrong It's just that when the farm got sold We see that it was worth A lot more than we thought In that case, these amendments These tax assessments Get amended or adjusted And in that case The fund is there To take more money in When they're underassessed And pay money out When it's overassessed But that's really got nothing to do With a claim that no tax is owed to anybody Does that make sense? Thank you for explaining that All right I'd ask the court to affirm The circuit court's decision We believe that it was correct If the logic of it wasn't correct It was certainly the correct judgment Thank you, Your Honor Thank you Mr. Hope You pronounce it Haight Haight, sorry Briefly in response to the state's arguments Especially with respect to the voluntary payment doctrine I want to again say that that doctrine Has exception on two grounds One, where the tax payments were made Under duress or compulsion And one where the taxpayer had no knowledge Upon the facts to which to frame a protest So I would say that the first As I already indicated Is fairly obvious There's a specific directive in the act That says the executive is personally liable For any fines and interest on unpaid tax So it's not even that the estate would be responsible That he personally would be responsible And to that end They brought up that his attorney filed a return But what they didn't tell you Is that it was filed late Because he had prior accountant and attorney Who failed to tell him he needed to file An estate tax return at all And so when the attorney filed the return That the state is referring to That was already after taxes and penalties Had started accruing So to that end It was done in an expedient manner To make sure that Those penalties and interest would cease Because again He had ineffective counsel prior to that Would you take care of that a different way? Well there was a lawsuit filed by the I know it's not before your honors By the executive against his former Counsel and accountants And so yes that was addressed In malpractice suits against them And what about his argument though That the declaratory judgment was not the way to go But that the procedure he outlined Certainly was the only way That this issue could have been raised I don't think that that is correct In the sense that again We're making a constitutional challenge to an act And so they're sitting in the act Within the grounds provided for by the legislature To have this ruled upon And in this specific instance Which is you know very isolated It was all of this arose out of An unconstitutional application of the act itself So asking for declaratory judgment We believe it was the proper venue To go about asking that the That the statute was unconstitutional as implied And the effect of that would be that That there should have been no tax paid And any tax paid would amount to an overpayment And going back to the question of the estate tax refund fund We do believe those monies would be there for that They are monies made for a refund Counsel I indicated that to you And if the declaratory judgment came in And said the act did not apply to the plaintiff Then all monies paid was an overpayment due a refund And that refund we do believe would be available Out of the estate tax refund fund Because as the state has stated That money is there to pay anybody who overpaid And so if he made a payment based on a statute And then that statute is later found That he should have had to pay nothing Because it was unconstitutional He would then be able to apply that Towards the estate tax refund fund And say my refund is the entire amount paid So we do believe that the estate tax refund fund Is available because again We're not seeking damages from the state We're seeking to get the money back That he paid that he shouldn't have So that amounts to a refund And I don't see anything in the plain language Of the estate tax refund fund under the act That would say well that kind of a refund isn't allowed That this is only a refund if you overpaid your estimate He did overpay his estimate He paid what was outlined in the act But shouldn't have had to pay anything Due to the unconstitutional retroactive application So the estate tax refund fund would be available to him And then going back to the voluntary payment doctrine In Goldstein Oil and in Sorry, in Goldstein Oil Where such duress exerted in a circumstance Is not justified by law There only means a sufficient influence In the apprehension of the conduct of a prudent businessman So as a prudent businessman He believed he had to pay it So if you don't think that the duress The actual duress imposed by the Monetary penalties and personal liability Asserted against the administrator of the estate Certainly as a prudent businessman You would believe that you need to file An estate tax return when you're being told That it's being filed late Again, the attorneys filed their return When it got to them But that was already after the penalties And interest had begun accruing Because it was filed late So at the point when he filed the return And paid the money It was already beyond that scope  He did what anybody would He, when he found out But nobody had, excuse me He didn't get notice from anyone From any governmental entity No, he did not He did this on his own He and his attorney did it on their own He came to the attorney After investigating it on his own And again, we weren't able to put that in the record Outside of what was put in the complaint Because this was dismissed On a motion to dismiss Before any, before the But no tax had been assessed No tax had been assessed And so he had no idea Whether tax would ever have been assessed Well, he did When he did more investigation And saw what the monetary thresholds were For filing a department file But he didn't know if in the end It would have applied to him or not No, but on the face of the statute He read the statute And saw that he was above the threshold And it would apply So on the basis of the statute If it were constitutional He did have an obligation To file a tax or a personal liability Would be assessed against him We'll enter an order With regard to the voluntary Officer's suit I'm sorry, the officer's suit exception And submit it to counsel And give you time then to respond in writing Thank you The court will take the matter under advisement And render a decision in due course We stand in recess Until the next case